1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA 93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
DAVONTAE NEWKUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-00116-DAD-BAM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| vs. | ) ) | **THEREON** |
| DAVONTAE NEWKUM, | ) ) | Date: January 23, 2017 |
| Defendant. | ) ) ) | Time: 10:00 a.m.
Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference set for Monday, January 9, 2017 at January 23, 2017 at 1:00 p.m.

Counsel for Mr. Newkum is unavailable on January 9, 2017 due to a personal matter scheduled that morning in Los Angeles, CA. Additionally, counsel for the government has provided an initial offer to Mr. Newkum, which the parties would prefer to discuss prior to the status conference in an attempt to resolve the matter, so that it can be set for change of plea at the status conference if an agreement can be reached. To this end, the additional time between now and the continued conference date would be beneficial to the parties. Finally, the Marshal's Office has advised that Mr. Newkum will not be available for pickup in Illinois until January 12, 2017, and therefore would not be present for the hearing on January 9, 2017.

//

1   The parties agree that the delay resulting from the continuance shall be excluded in the
2   interests of justice, including but not limited to, the need for the period of time set forth herein
3   for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)
4   and (iv).

5   Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,
6   through the January 9, 2017 status conference for *inter alia* defense trial preparation.

7                                                 Respectfully submitted,

8                                                 HEATHER E. WILLIAMS
                                                  Federal Defender
9

10  DATED: January 4, 2017                        */s/ Megan T. Hopkins*
                                                  Megan T. Hopkins
11                                                Assistant Federal Defender
                                                  Attorneys for Defendant
12                                                Davontae Newkum

13                                                PHILLIP A. TALBERT
                                                  United States Attorney
14

15  DATED: January 4, 2017                        */s/ Vincenza Rabenn*
                                                  Assistant United States Attorney
16                                                Attorneys for Plaintiff

17

18                                          **O R D E R**

19  GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the 1st Status
20  Conference set for Monday, January 9, 2017 at 1:00 p.m. before the Honorable Barbara A.
21  McAuliffe is continued to Monday, January 23, 2017 at 1:00 p.m.  The time period between the
22  date of this Order and January 23, 2017 shall be excluded in the interests of justice, including but
23  not limited to, the need for the period of time set forth herein for effective defense preparation,
24  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

25  Dated:  **January 5, 2017**                   /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE
26

27

28