HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN MCGLENON, Bar #100433
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVONTAE NEWKUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00116-DAD-BAM |
| *Plaintiff*, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| DAVONTAE NEWKUM, | |
| *Defendant*. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, Counsel for Plaintiff, and Assistant Federal Defender, Megan T. Hopkins, Counsel for Defendant Davontae Newkum, that **the sentencing hearing set for April 24, 2017 at 10:00 a.m., may be continued to July 24, 2017 at 10:00 a.m.**

Mr. Newkum is a uniquely situated defendant based both upon the circumstances of his offense and his background.  Defense counsel is requesting the continuance for the purpose of allowing additional time for mitigation investigation.  The investigation will require defense counsel to travel out of state and is anticipated to require considerably more time than is presently allotted for sentencing preparation.

The parties agree that the court should be provided with as much relevant information as possible prior to sentencing, and therefore request that the matter be continued for sentencing on

July 24, 2017 at 10:00 a.m., in order to allow for Mr. Newkum's counsel to further investigate Mr. Newkum's background and the circumstances of the offense to which he has plead guilty.

Dated: March 13, 2017     PHILLIP A. TALBERT
                          United States Attorney

                          */s/ Vincenza Rabenn*
                          VINCENZA RABENN
                          Assistant United States Attorney
                          Attorney for Plaintiff

Dated: March 13, 2017     HEATHER E. WILLIAMS
                          Federal Defender

                          */s/ Megan T. Hopkins*
                          MEGAN T. HOPKINS
                          Assistant Federal Defender
                          Attorney for Defendant
                          DAVONTAE NEWKUM

### **O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for April 24, 2017, is continued until July 24, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **March 13, 2017**                  _/s/ Dale A. Drozd_
                                           UNITED STATES DISTRICT JUDGE