HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA BAR #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVONTAE NEWKUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00116-DAD |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR TEMPORARY MODIFICATION OF RELEASE CONDITIONS |
| vs. | |
| DAVONTAE NEWKUM, | |
| Defendant. | |

Upon consideration of defendant Davontae Newkum's motion for temporary modification of his conditions of pretrial release, IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Newkum is hereby temporarily released to the custody of the third-party custodian, Twalia Alexander, for a period not to exceed 96 hours. Mr. Newkum shall be permitted to leave WestCare on April 6, 2017 within 2.5 hours of his flight to Chicago, IL, upon providing proof of a pre-paid flight itinerary to the Pretrial Services Officer. Mr. Newkum is ordered to return to WestCare not later than 5:00 p.m. on Sunday, April 9, 2017.

Mr. Newkum is further ordered to abide by all rules and regulations issued by the Pretrial Services Officer during his release.

Dated: April 3, 2017

_____
HON. SHEILA K. OBERTO
U.S. Magistrate Judge