HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
DAVONTAE NEWKUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>vs.<br><br>DAVONTAE NEWKUM,<br><br>　　　　*Defendant.* | Case No. 1:16-cr-00116-DAD-BAM<br><br>ORDER GRANTING APPLICATION FOR SUBPOENAS DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c)<br><br>Judge: Hon. Dale A. Drozd |

Defendant Davontae Newkum's Application for Subpoena Duces Tecum is hereby granted pursuant to Federal Rule of Criminal Procedure 17(c). The Court authorizes the issuance of subpoenas duces tecum to the Custodian of Records for:

1. **Zion Fire and Rescue Department**;
2. **Milwaukee County Medical Examiner**; and,
3. **Columbia St. Mary's Hospital**.

for production of the following records:

1. Zion Fire and Rescue Department - **Fire report: July, 17, 2000 in Lake County, IL. (*See* Exhibit A: Newspaper Article);**
2. **Milwaukee County Medical Examiner - Coroner's report and information relating to the death of Charles Newkum (Mr. Newkum's paternal grandfather). (*See* Exhibit A); and,**

3. Columbia St. Mary's Hospital - **Hospital records relating to the intake, treatment, and death of Charles Newkum (Mr. Newkum's paternal grandfather).** (*See* **Exhibit A**)

IT IS SO ORDERED.

Dated: __**May 10, 2017**__

_____
UNITED STATES DISTRICT JUDGE