1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   DAVONTAE NEWKUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00116-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date: August 28, 2017 |
| DAVONTAE NEWKUM, | Time: 10:00 a.m. |
| Defendant. | Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, July 24, 2017 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, August 28, 2017 at 10:00 a.m.

The parties wish to continue sentencing in this matter at the request of defense counsel, to allow additional time for the preparation of sentencing materials on Mr. Newkum's behalf.

///

///

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: June 28, 2017  /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
DAVONTAE NEWKUM

PHILLIP A. TALBERT
United States Attorney

DATED: June 28, 2017  /s/ Vincenza Rabenn
VINCENZA RABENN
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for July 24, 2017, is continued until August 28, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 29, 2017**

UNITED STATES DISTRICT JUDGE